UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAILA ASHRAF,<br><br>            Plaintiff,<br><br>     vs.<br><br>BRITISH AIRWAYS; and DOES 1 TO 10, Inclusive,<br><br>            Defendants. | Case No. C 06-02184 CW<br><br>ORDER APPROVING REQUEST OF SUBSTITUTION OF ATTORNEY [PROPOSED] |

On July 25, 2006, Clyde & Co US LLP filed with this Court a Notice of Substitution of Attorney on behalf of defendant British Airways PLC. After consideration of the Notice of Substitution of Attorney submitted by counsel, the Court orders that:

//
//
//
//
//
//
//

ORDER APPROVING REQUEST OF SUBSTITUTION OF ATTORNEY [PROPOSED]

1  Request of defendant British Airways PLC to substitute Clyde & Co US
2  LLP as its attorneys of record in place and stead of Condon & Forsyth LLP is
3  hereby approved.

5  IT IS SO ORDERED.

7  DATED: _____9/19_____, 2006    _____
                                  HONORABLE CLAUDIA WILKEN
                                  UNITED STATES DISTRICT JUDGE

-2-
ORDER APPROVING REQUEST OF SUBSTITUTION OF ATTORNEY [PROPOSED]