1  Kevin R. Sutherland (State Bar No.: 163746)
   Stephen M. Rinka (State Bar No.: 219626)
2  CLYDE & CO US LLP
   6303 Owensmouth Avenue, Tenth Floor
3  Woodland Hills, California 91367
   Telephone: (818) 936-3400
4  Facsimile:  (818) 936-3004
   Email: kevin.sutherland@clydeco.us
5  Email: stephen.rinka@clydeco.us

6  Attorneys for Defendant
   BRITISH AIRWAYS PLC
7

8  Salim Khawaja (State Bar No.: 167650)
   LAW OFFICES OF SALIM KHAWAJA, APC
9  3100 Mowry Avenue, Suite 300
   Fremont, California 94538
10 Telephone: (510) 818-9001
   Facsimile: (510) 818-1692
11 Email: salimlaw@hotmail.com

12 Attorneys for Plaintiff
   NAILA ASHRAF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NAILA ASHRAF, | Case No. C 06-02184 CW |
|---|---|
| Plaintiff, | STIPULATION AND ORDER [PROPOSED] RE APPLICABLE LAW |
| vs. | |
| BRITISH AIRWAYS; and DOES 1 TO 10, Inclusive, | |
| Defendants. | |

WHEREAS, on October 3, 2005, the plaintiff filed a Complaint in the Superior Court of the State of California for the County of Alameda for injuries allegedly arising from an incident that occurred on board British Airways flight No. 287 on October 4, 2003;

WHEREAS, on or about March 30, 2006, defendant British Airways filed with the Superior Court a notice of removal to the United States District Court for

---

STIPULATION AND ORDER [PROPOSED] RE APPLICABLE LAW

1  the Northern District Court of California removing this matter pursuant to 28
2  U.S.C. § 1441 (Federal Question);
3       WHEREAS, at the time of the incident plaintiff was allegedly a passenger
4  traveling on board British Airways flight No. 287 pursuant to a round-trip
5  passenger ticket providing for transportation from and to San Francisco, with an
6  intermediate stopping place in the United Kingdom; and
7       IT IS HEREBY STIPULATED that the Warsaw Convention as amended by
8  Montreal Protocol No. 4 exclusively governs the rights and liabilities of the parties
9  to this action.

11  Dated: November 10, 2006      CLYDE & CO US LLP

13                                By: _____
14                                KEVIN R. SUTHERLAND
                                  STEPHEN M. RINKA
15                                Attorneys for Defendant
16                                BRITISH AIRWAYS PLC

17  Dated: November 10, 2006      LAW OFFICES OF SALIM KHAWAJA

20                                By: _____
                                  SALIM KHAWAJA
21                                Attorney for Plaintiff
                                  NAILA ASHRAF

23  IT IS SO ORDERED.

24
    Dated: 11/13, 2006            _____
25
                                  HONORABLE CLAUDIA WILKEN
26                                UNITED STATES DISTRICT COURT
                                  JUDGE

CLYDE & CO US LLP
6303 Owensmouth Avenue, Tenth Floor
Woodland Hills, California 91367
Telephone: (818) 936-3400

-2-
STIPULATION AND ORDER [PROPOSED] RE APPLICABLE LAW