1  Kevin R. Sutherland (State Bar No.: 163746)
   Stephen M. Rinka (State Bar No.: 219626)
2  CLYDE & CO US LLP
   6303 Owensmouth Avenue, Tenth Floor
3  Woodland Hills, California 91367
   Telephone: (818) 936-3400
4  Facsimile:  (818) 936-3004
   Email: kevin.sutherland@clydeco.us
5  Email: stephen.rinka@clydeco.us

6  Attorneys for Defendant
   BRITISH AIRWAYS PLC
7

   Salim Khawaja (State Bar No.: 167650)
8  LAW OFFICES OF SALIM KHAWAJA, APC
   3100 Mowry Avenue, Suite 300
9  Fremont, California 94538
   Telephone: (510) 818-9001
10 Facsimile: (510) 818-1692
   Email: salimlaw@hotmail.com
11
   Attorneys for Plaintiff
12 NAILA ASHRAF

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 NAILA ASHRAF,                      )  Case No. C 06-02184 CW
                                      )
18          Plaintiff,                )  STIPULATION AND ORDER TO
                                      )  AMEND CASE MANAGEMENT
19     vs.                            )  ORDER DATED SEPTEMBER 27,
                                      )  2006 [PROPOSED]
20 BRITISH AIRWAYS; and DOES 1 TO     )
   10, Inclusive,                     )
21                                    )
            Defendants.                )
22 _____   )

23     The parties, through their attorneys of record, hereby submit the following
24 stipulation and proposed order to amend the Court's Case Management Order
25 dated September 27, 2006, as follows:
26     WHEREAS, the Court held a Case Management Conference in this matter
27 on September 15, 2006, during which it issued a Case Management Order
28 requiring that the parties complete an early neutral evaluation on, or before,

STIPULATION TO AMEND CASE MANAGEMENT ORDER DATED SEPTEMBER 27, 2006 [PROPOSED]

1. December 15, 2006;
2.     WHEREAS, the plaintiff has agreed to submit to a medical examination by a
3. neurologist selected by British Airways in order to permit British Airways to
4. evaluate the nature and extent of her injuries and her prognosis;
5.     WHEREAS, the parties believe that the results of the medical examination
6. are necessary to give them a full and complete opportunity to discuss possible
7. settlement of the case during the early neutral evaluation conference; and
8.     WHEREAS, subject to a protocol for the examination of plaintiff being
9. agreed between the parties, the medical examination of the plaintiff is scheduled to
10. take place on December 7, 2006, and a report of the examination will be issued by
11. the neurologist as soon as possible thereafter;
12.     IT IS HEREBY STIPULATED by and between the parties that the Court's
13. case management order dated September 27, 2006, be amended to continue the
14. deadline for completion of the early neutral evaluation conference from December
15. 15, 2006 to January 15, 2007.
16. Dated: November 20, 2006    CLYDE & CO US LLP
17.
18. By: _____
19.     KEVIN R. SUTHERLAND
20.     STEPHEN M. RINKA
    Attorneys for Defendant
    BRITISH AIRWAYS PLC
21.
22. Dated: November 20, 2006    LAW OFFICES OF SALIM KHAWAJA
23.
24. By: _____
    SALIM KHAWAJA
25.     Attorney for Plaintiff
    NAILA ASHRAF
26. IT IS SO ORDERED.
27. Dated: 11/28, 2006
28.     HONORABLE CLAUDIA WILKEN
    United States District Judge

-2-
STIPULATION TO AMEND CASE MANAGEMENT ORDER DATED SEPTEMBER 27, 2006 [PROPOSED]

CLYDE & CO US LLP
6303 Owensmouth Avenue, Tenth Floor
Woodland Hills, California 91367
Telephone: (818) 936-3400