| | |
|---|---|
| 1 | Kevin R. Sutherland (State Bar No.: 163746) |
| | Stephen M. Rinka (State Bar No.: 219626) |
| 2 | CLYDE & CO US LLP |
| | 6303 Owensmouth Avenue, Tenth Floor |
| 3 | Woodland Hills, California 91367 |
| | Telephone: (818) 936-3400 |
| 4 | Facsimile:  (818) 936-3004 |
| | Email: kevin.sutherland@clydeco.us |
| 5 | Email: stephen.rinka@clydeco.us |
| 6 | Attorneys for Defendant |
| | BRITISH AIRWAYS PLC |
| 7 | |
| 8 | Salim Khawaja (State Bar No.: 167650) |
| | LAW OFFICES OF SALIM KHAWAJA, APC |
| 9 | 3100 Mowry Avenue, Suite 300 |
| | Fremont, California 94538 |
| 10 | Telephone: (510) 818-9001 |
| | Facsimile: (510) 818-1692 |
| 11 | Email: salimlaw@hotmail.com |
| 12 | Attorneys for Plaintiff |
| | NAILA ASHRAF |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NAILA ASHRAF, | ) | Case No. C 06-02184 CW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER RE |
| | ) | DISMISSAL WITH PREJUDICE |
| vs. | ) | [PROPOSED] |
| | ) | |
| BRITISH AIRWAYS; and DOES 1 TO | ) | |
| 10, Inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between all of the parties to the captioned matter, through their attorneys of record, that plaintiff's complaint against British Airways PLC be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

//

//

---

STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE [PROPOSED]

1  Dated: 02/08/07, 2007                CLYDE & CO US LLP

3                                        By: /s/ Kevin R. Sutherland
4                                        KEVIN R. SUTHERLAND
                                         STEPHEN M. RINKA
5                                        Attorneys for Defendant
                                         BRITISH AIRWAYS PLC

7  Dated: 1/15, 2007                     LAW OFFICES OF SALIM KHAWAJA

10                                       By: /s/ Salim Khawaja
                                         SALIM KHAWAJA
11                                       Attorney for Plaintiff
                                         NAILA ASHRAF

12  IT IS SO ORDERED.

14  Dated: 2/14, 2007                    /s/ Claudia Wilken
15                                       HONORABLE CLAUDIA WILKEN
                                         United States District Judge

CLYDE & CO US LLP
6303 Owensmouth Avenue, Tenth Floor
Woodland Hills, California 91367
Telephone: (818) 936-3400